IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **EVELYN BURKE,** | : | **CIVIL ACTION NO: 1:06-CV-0573** |
| Plaintiff | : | (Judge Conner) |
| v. | : | |
| **ALBERTO GONZALES, et al.,** | : | |
| Defendants | : | |

### ORDER

AND NOW, this 22nd day of March, 2006, upon consideration of the complaint (Doc. 1) and motion to proceed *in forma pauperis* (Doc. 2), and the court finding that plaintiff cannot pay the filing fee in the above-captioned case, see 28 U.S.C. § 1915(a)(1) ("[A]ny court of the United States may authorize the commencement, prosecution, or defense of any suit . . . without prepayment of fees or security therefor, by a person who submits an affidavit that includes a statement of all assets . . . that the person is unable to pay such fees or give security therefor."), it is hereby ORDERED that:

1. The motion to proceed *in forma pauperis* (Doc. 2) is GRANTED. See 28 U.S.C. § 1915(a)(1).

2. The United States Marshal is directed to serve the complaint (Doc. 1) on the defendants named therein.

/s/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge